**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-02137-KES Date: November 6, 2026

Title: Jerry Ong v. Stevens Carpet and Flooring Inc. et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: None Present | ATTORNEYS PRESENT FOR DEFENDANTS: None Present |

**PROCEEDINGS (IN CHAMBERS): Order to Show Cause**

Plaintiff filed this action on August 6, 2026. (Dkt. 1.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. Although that 90-day deadline expired on November 4, 2026, Plaintiff has not filed any proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, **on or before November 13, 2026**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant Stevens Carpet and Flooring Inc.

Plaintiff is also ordered to show cause why he should not be sanctioned for failing to comply with Local Rule 4-6 (which requires plaintiffs to file a proof of service within 14 days of accomplishing service) as to Defendant Ju Properties LLC. There is no proof of service on file, but counsel for Ju Properties LLC appeared on October 8, 2026. (Dkt. 8.)

Initials of Deputy Clerk jd